**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROLANDO RODRIGUEZ-FLORES<br><br>Petitioner,<br><br>v.<br><br>LEONARD ODDO, *et al.*<br><br>Respondents. | Civ. Act. No.: 3:26-cv-00512-NR<br>Hon. J. Nicholas Ranjan |

## ORDER GRANTING *PRO HAC VICE* ADMISSION

AND NOW, this 25th day of March, 2026, Jonathan Sidney, counsel for the Petitioner Rolando Rodriguez-Flores, presented his Motion for Admission *Pro Hac Vice*.  Upon consideration of the Motion for Admission *Pro Hac Vice* of Jonathan Sidney, it is hereby:

ORDERED and DECREED that said Motion is GRANTED and that Jonathan Sidney, Esquire is admitted as counsel for the Petitioner in the above-captioned action.

Dated: March 25, 2026

s/ J. Nicholas Ranjan
United States District Judge