**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROLANDO RODRIGUEZ-FLORES, | ) | |
| | ) | |
| | ) | 3:26-CV-512 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEONARD ODDO; *et al.*, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

## CASE MANAGEMENT ORDER

The Court orders as follows:

1.     **Service**.  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov.  The subject line of the email shall contain the case caption and case number of this case.  If the Petition contains voluminous exhibits, they need not be emailed.[1]  The email service shall be deemed sufficient to accomplish formal service of the Petition.  No other documents, pleadings, or motions may be emailed to this email address.

2.     **Certificate of compliance of service.**  Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3.     **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

4.     **Respondents' responses to the petition**.  The Court has reviewed the petition and supporting materials, finds that the threshold issue concerns the

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

mandatory detention provision of 8 U.S.C. § 1225(b)(2), and based on its prior decisions on this issue in *Villagrez v. Bondi, et al.*, No. 26-72, 2026 WL 545380 (W.D. Pa. Feb. 26, 2026) (Ranjan, J.), tentatively intends to grant a writ. If Respondents believe that there are factual or legal differences between this case and the other cases in which the Court has decided the issue, then they may file a response to the petition within **7 days**, identifying those differences. Responses are limited to **25 pages**, double-spaced.  If Respondents' positions are the same as in the prior cases in which this issue has been raised and decided by the Court, they shall simply state as much in the response, cite to any response or brief previously filed on the issue in this Court, and their positions shall be deemed to be incorporated by reference into the record.

5.    **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition.  The Reply is limited to **5 pages**, double-spaced.


DATED this 25th day of March, 2026.

BY THE COURT:


/s/ J. Nicholas Ranjan
United States District Judge